UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> SCOTT CABLE COMMUNICATIONS, INC. and ) <br> STATE STREET BANK AND TRUST CO. as ) <br> Indenture Trustee for certain note holders, ) <br> ) <br> Appellees. ) <br> _____) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> AKIN GUMP STRAUSS HAUER & FELD LLP, ) <br> ) <br> Appellee. ) <br> _____) | No. 3:02-CV-1725 (AWT) <br><br> (Bankruptcy Appeal) <br><br><br><br><br><br><br><br><br> [file separately in each case; <br> motion to consolidate pending] <br><br> No. 3:03-CV-357(AWT) <br> (formerly No. 3:03-MC-12) |

### JOINDER OF DEBTOR TO RESPONSE OF U.S. BANK NATIONAL ASSOCIATION TO UNITED STATES' REQUEST THAT COURT TAKE JUDICIAL NOTICE OF HEARING AND ORDER IN DELAWARE BANKRUPTCY COURT POSSIBLY BEARING ON ISSUES IN THESE CASES

Scott Cable Communications, Inc. ("Scott Cable" or the "Debtor"), by and through its counsel, Akin Gump Strauss Hauer & Feld LLP, joins (the "Joinder") the Response of U.S. Bank National Association to United States' Request that Court Take Judicial Notice of Hearing and Order in Delaware Bankruptcy Court Possibly Bearing on Issues in Appeals (the "Response"). In support of its Joinder, the Debtors respectfully represents as follows:

### BACKGROUND

On October 21, 2003, the United States filed the United States' Request That Court Take Judicial Notice of Hearing and Order in Delaware Bankruptcy Court (the "United States'

Request"). The United States submitted an October 20, 2003 letter brief (the "U.S. Letter Brief) it filed with the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court") in connection with a hearing on discovery issues related to an adversary proceeding pending in the Delaware Bankruptcy Court. The U.S. Letter Brief was submitted by the United States in response to a request by the Delaware Bankruptcy Court for further information on issues relating to the effect of a conversion of the Debtor's chapter 11 case to chapter 7 (the "Conversion Issue").

In the Response, U.S. Bank National Association ("U.S. Bank") asserts, among other things, that to the extent that this Court takes judicial notice of the U.S. Letter Brief, this Court should also take judicial notice of letter briefs submitted by other parties in the Delaware Bankruptcy Court in response to the Delaware Bankruptcy Court's request for information on the Conversion Issue.

## THE DEBTOR'S JOINDER

On November 20, 2003, U.S. Bank filed the Response. The Debtor agrees with the assertions and relief requested in the Response and, accordingly, files this Joinder in support of the Response.

## CONCLUSION

For all of the foregoing reasons, the Debtors respectfully requests that the Court (i) grant the relief requested in the Response, and (ii) grant such other relief as the Court deems just, equitable and proper.

Dated: Bridgeport, Connecticut
November 20, 2003

        ZEISLER & ZEISLER P.C.

        By: _____
        Craig Lifland
        (CT00493)
        558 Clinton Avenue
        Bridgeport, CT 06605
        (203) 368-4234

        AKIN GUMP STRAUSS HAUER & FELD LLP

        Daniel H. Golden
        Shuba Satyaprasad
        590 Madison Avenue
        New York, New York  10022
        (212) 872-1000

        Co-Counsel to the Debtor

UNITED STATES BANRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Appellant, )<br>)<br>v. )<br>)<br>SCOTT CABLE COMMUNICATIONS, INC.)<br>And STATE STREET BANK AND TRUST )<br>CO. as Indenture Trustee for certain note )<br>Holders, )<br>)<br>    Appellees. )<br>)<br>_____)<br>UNITED STATES OF AMERICA, )<br>)<br>    Appellant, )<br>)<br>)<br>v. )<br>)<br>AKIN GUMP STRAUSS HAUER & )<br>FELD LLP )<br>)<br>    Appellee )<br>_____) | No. 3:02-CV-1725 (AWT)<br><br>Bankruptcy Appeal)<br><br><br><br><br><br><br><br>[file separately in each case;<br> motion to consolidate pending]<br><br><br><br><br>No. 3:03-CV-357(AWT)<br>(formerly No. 3:03-MC-12) |

CERTIFICATE OF SERVICE

    I, Craig I. Lifland, hereby certify that a copy of the JOINDER OF DEBTOR TO RESPONSE OF U.S. BANK NATIONAL ASSOCIATION TO UNITED STATES' REQUEST THAT COURT TAKE JUDICIAL NOTICE OF HEARING AND ORDER IN DELAWARE BANKRUPTCY COURT POSSIBLY BEARING ON ISSUES IN

Ann M. Nevins, Esq.
Assistant United States Attorney
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

James Berman  (ct06027)
Zeisler & Zeisler, P. C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT  06605-0186
Telephone: (203) 368-4234