**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
In re:                        :
                              :
SCOTT CABLE COMMUNICATIONS,   :
INC.                          :   No.3:03CV00357(AWT)
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

For the reasons set forth in the court's oral ruling on the record today, the court took the following actions:

1. <u>Document No. 11.</u>  The Motion by the United States with Respect to the Record and the Briefing Schedule was GRANTED.

2. <u>Document No. 13.</u>  The debtor's Joinder of Debtor to Response of U.S. National Bank Association to the United States' Request that the Court take Judicial Notice of Hearing and Order in Delaware Bankruptcy Court Possibly Bearing on Issues in these Cases was APPROVED.

It is so ordered.

Dated at Hartford, Connecticut this 14th day of March 2005, at Hartford, Connecticut.

                                          /s/
                                    Alvin W. Thompson
                               United States District Judge